## Miss Natalie R Wilson - 014558 - Audio Visual Services Group

## Job History

**History type**
All

| Effective | Job | Alternate Title | Status | Reason | Pay Frequency | Hourly/Salaried | Scheduled Hours | Type | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 09/16/2019 | OP587 - Dir, Event Tech II | | Terminated | Violation of Rules | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 04/08/2019 | OP587 - Dir, Event Tech II | | Active | Merit increase | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 01/07/2019 | OP587 - Dir, Event Tech II | | Active | Supervisor Change | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 01/07/2019 | OP587 - Dir, Event Tech II | | Active | Reclassification | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 09/03/2018 | OP207 - Dir, Event Technology VI | | Active | HRIS Data Correction | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 05/07/2018 | OP207 - Dir, Event Technology VI | | Active | Merit increase | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 12/07/2017 | OP207 - Dir, Event Technology VI | | Active | Work location change | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 12/04/2017 | OP207 - Dir, Event Technology VI | | Active | Promotion and Transfer | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 11/07/2017 | OP205 - Dir, Event Technology IV | | Active | Supervisor Change | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 10/02/2017 | OP205 - Dir, Event Technology IV | | Active | Supervisor Change | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 08/28/2017 | OP205 - Dir, Event Technology IV | | Active | Supervisor Change | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 05/08/2017 | OP205 - Dir, Event Technology IV | | Active | Merit increase | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 05/07/2016 | OP205 - Dir, Event Technology IV | | Active | Merit increase | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 09/17/2015 | OP205 - Dir, Event Technology IV | | Active | Work location change | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 09/12/2015 | OP205 - Dir, Event Technology IV | | Active | Promotion and Transfer | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 05/09/2015 | OP210 - Asst Dir, Event Tech II | | Active | Merit increase | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 05/10/2014 | OP210 - Asst Dir, Event Tech II | | Active | Merit increase | Biweekly | Salaried | 80.0000 | Full-Time Regular | |

EXHIBIT 1

| Effective | Job | Alternate Title | Status | Reason | Pay Frequency | Hourly/Salaried | Scheduled Hours | Type | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2013 | OP210 - Asst Dir, Event Tech II | | Active | None | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 11/30/2013 | OP210 - Asst Dir, Event Tech II | | Active | Promotion and Transfer | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 10/01/2013 | OP248 - Dir, Event Tech I-OEM | | Active | Reorganization | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 09/24/2013 | OP248 - Dir, Event Tech I-OEM | | Active | Supervisor Change | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 07/25/2013 | OP248 - Dir, Event Tech I-OEM | | Active | Supervisor Change | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 04/13/2013 | OP248 - Dir, Event Tech I-OEM | | Active | Merit increase | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 04/14/2012 | OP248 - Dir, Event Tech I-OEM | | Active | Merit increase | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 11/28/2011 | OP248 - Dir, Event Tech I-OEM | | Active | None | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 11/19/2011 | OP248 - Dir, Event Tech I-OEM | | Active | Promotion and Transfer | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 11/19/2011 | OP202 - Dir, Event Technology I | | Active | Promotion | Biweekly | Salaried | 80.0000 | Full-Time Regular | |
| 04/16/2011 | OP242 - Customer Serv Re Ops-KRNS | | Active | Merit increase | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 10/02/2010 | OP242 - Customer Service Rep-KRNS | | Active | Merit increase | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 08/16/2010 | OP242 - Customer Service Rep-KRNS | | Active | None | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 08/10/2010 | OP242 - Customer Service Rep-KRNS | | Active | New hire | Biweekly | Hourly | 80.0000 | Full-Time Regular | |
| 03/15/2010 | OP002 - As Needed Employee | | Active | Rehire | Biweekly | Hourly | 40.0000 | Part-time As Needed | |
| 02/16/2010 | OP002 - As Needed Employee | | Active | Conversion | Weekly | Hourly | 40.0000 | Part-time As Needed | |
| 11/07/2008 | OP002 - As Needed Employee | | Terminated | HRIS | Weekly | Hourly | 0.0000 | Regular-DO NOT USE | |
| 06/28/2008 | OP002 - As Needed Employee | | Active | Payroll Data Correction | Weekly | Hourly | 0.0000 | Temporary employee | |
| 06/27/2008 | OP002 - As Needed Employee | | Active | Payroll Data Correction | Weekly | Hourly | 0.0000 | Temporary employee | |
| 06/18/2008 | OP002 - As Needed Employee | | Active | Rehire | Weekly | Hourly | 0.0000 | Temporary employee | |

| Effective | Job | Alternate Title | Status | Reason | Pay Frequency | Hourly/Salaried | Scheduled Hours | Type | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2007 | OP002 - As Needed Employee | | Active | Rehire | Weekly | Hourly | 0.0000 | Temporary employee | |
| 10/05/2007 | OP090 - Union Technician | | Terminated | HRIS | Weekly | Hourly | 0.0000 | Regular-DO NOT USE | |

1 / 1

# Miss Natalie R Wilson - 014558 - Audio Visual Services Group

# Compensation Summary

**Current Salary for Natalie R Wilson**

| | |
|---|---|
| **Pay currency** | US Dollar (USD) |
| **Annual** | $88,425.00 |
| **Period** | $3,400.96 |
| **Weekly** | $1,700.48 |
| **Hourly** | $42.5120 |

| | |
|---|---|
| **Last change** | 04/08/2019 |
| **Percent change** | 2.50 % |

## Other Rates

| | |
|---|---|
| Other rate 1 | $0.0000 |
| Other rate 2 | $0.0000 |
| Other rate 3 | $0.0000 |
| Other rate 4 | $0.0000 |

## Job Details

| | |
|---|---|
| Job | Dir, Event Tech II |
| Salary grade | E05 - Exempt 05 |
| Pay frequency | Biweekly |
| Scheduled hours | 80.0000 |
| Hourly/Salaried | Salaried |
| Original hire | 10/21/2004 |
| Last hire | 03/15/2010 |
| Date in job | 01/07/2019 |

## History

SalaryPayoutsUnits

| Effective Date | Annual | Hourly | Percent Change |
|---|---|---|---|
| 05/07/2018 | $86,268.00 | $41.4750 | 2.70 % |
| 12/04/2017 | $84,000.00 | $40.3846 | 28.56 % |
| 05/08/2017 | $65,341.50 | $31.4142 | 3.00 % |
| 05/07/2016 | $63,437.50 | $30.4988 | 1.50 % |
| 09/12/2015 | $62,500.00 | $30.0481 | 9.10 % |
| 05/09/2015 | $57,288.60 | $27.5426 | 3.00 % |
| 05/10/2014 | $55,620.00 | $26.7404 | 3.00 % |
| 11/30/2013 | $54,000.00 | $25.9615 | 42.62 % |
| 04/13/2013 | $37,861.82 | $18.2028 | 10.00 % |
| 04/14/2012 | $34,419.84 | $16.5480 | 5.00 % |

1 / 2