**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER J. COLE            5781-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii  96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ccole@marrjones.com

DAVID S. SHANKMAN (Pro Hac Vice) (FL Bar No. 0940186)
Shankman Leone, P.A.
707 North Franklin Street, Fifth Floor
Tampa, Florida  33602
Tel. No. (813) 223-1099
Fax No. (813) 223-1055
DShankman@shankmanleone.com

Attorneys for Defendant
AUDIO VISUAL SERVICES, GROUP,
LLC DBA PSAV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATALIE WILSON,<br><br>              Plaintiff,<br><br>     vs.<br><br>AUDIO VISUAL SERVICES GROUP, LLC DBA PSAV; RUSSELL HOAG; and DOE DEFENDANTS 1-25,<br><br>              Defendants. | CIVIL NO. CV21-00434 LEK-WRP<br><br>DEFENDANT AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV'S SCHEDULING CONFERENCE STATEMENT<br><br><u>Scheduling Conference:</u><br>Date:  December 6, 2021<br>Time:  9:00 a.m.<br>Judge: Magistrate Judge Wes Reber Porter<br><br>No trial date set. |

1381152

# DEFENDANT AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV'S SCHEDULING CONFERENCE STATEMENT

Defendant AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV ("Defendant") respectfully submits the following Scheduling Conference Statement pursuant to Rule 16.2(b) of the Local Rules of the United States District Court for the District of Hawaii and the Order Setting Rule 16 Scheduling Conference (filed November 2, 2021). [D.E. 4].

## I. STATEMENT OF THE NATURE OF THE CASE

This is an employment lawsuit in which Plaintiff Natalie Wilson ("Plaintiff") alleges claims of harassment based on gender and sexual orientation discrimination and retaliation.

## II. STATEMENT OF JURISDICTION

A. Jurisdiction over the subject matter of Plaintiff's Complaint is based upon 28 U.S.C. § 1332.

B. Venue is proper in this judicial district as the alleged events that form the basis of this action are alleged to have occurred in this district.

## III. JURY TRIAL

Plaintiff has demanded a jury trial.

## IV. DISCLOSURES

The meeting of the parties pursuant to Fed. R. Civ. P. 26(f) and LR26.1 was held on November 15, 2021 between Rodney Bridgers, Esq., counsel for Plaintiff,

and David S. Shankman, Esq., counsel for Defendant. Defendant believes that each party should serve initial disclosures pursuant to Rule 26(a)(1)(A) within 30 days of the December 6, 2021 scheduling conference.

## V.   DISCOVERY, MOTIONS, AND HEARING DATES

No discovery or motions are pending at this time.

## VI.   SPECIAL PROCEDURES

No special procedures are necessary at this time.

## VII.   RELATED CASES

None.

## VIII.   ADDITIONAL MATTERS

Defendant is not aware of any additional matters requiring the Court's assistance at this time.

DATED:   Honolulu, Hawaii, November 29, 2021.

*/s/ Christopher J. Cole*
CHRISTOPHER J. COLE
DAVID S. SHANKMAN (Pro Hac Vice)

Attorneys for Defendant
AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV