

**Circuit Court of the First Circuit —THE JUDICIARY • STATE OF HAWAI'I**

777 PUNCHBOWL STREET • HONOLULU, HAWAI'I 96813-5093 • TELEPHONE (808) 539-4333 • FAX (808) 539-4322

**Patsy K. Nakamoto**
**COURT ADMINISTRATOR**

December 30, 2021

Electronically Filed
FIRST CIRCUIT
1CCV-20-0001485
30-DEC-2021
10:09 AM
Dkt. 51 LT

ORIGINAL VIA HAND DELIVERY

Ms. Michelle Rynne, Chief Clerk
Office of the Clerk
United States District Court of the District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2022

at _8_ o'clock and _30_ min. _a_ M
MICHELLE RYNNE, CLERK

RE:   **1CCV-20-0001485**
      **NATALIE WILSON vs AUDIO VISUAL SERVICES GROUP, LLC DBA PSAV; et al.**
      **Case 1:21-cv-00434**

Dear Ms. Rynne:

Pursuant to the **DEFENDANTS AUDIO VISUAL SERVICES GROUP, LLC AND RUSSELL HOAG'S NOTICE OF REMOVED ACTION; EXHIBIT 1; CERTIFICATE OF SERVICE,** filed herein on November 2, 2021, transmitted herewith are copies of the entire First Circuit Court Hawaii Judiciary Information Management System (JIMS) docket as of December 29, 2021. The official court record of documents as of December 29, 2021, are preserved electronically and accessible through the Judiciary Information Management System (JIMS)

Sincerely,

/s/ Patsy K. Nakamoto
Legal Documents Court Administrator
Legal Documents Branch I
First Circuit Court, State of Hawaii

PKN: ndm

1CCV-20-0001485

Page 2

Service of letter only via electronic filing:

LAW OFFICES OF RODNEY BRIDGERS, LLLC
RODNEY BRIDGERS, ESQ.
707 Richards Street, Suite 526
Honolulu, HI 96813

Attorney for Plaintiff
NATALIE WILSON


MARR JONES & WANG
CHRISTOPHER J. COLE, ESQ.
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, HI 96813

SHANKMAN LEONE, P.A.
DAVID S. SHANKMAN, ESQ.
707 N. Franklin Street, 5th Floor
Tampa, Florida 33602

Attorneys for Defendants
AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV and RUSSELL HOAG

# CASE DETAIL DOCKET LIST

Generated: 30-DEC-2021 09:06 AM                    User: J1CHNCT_NDM

Search Criteria: Case 1CCV-20-0001485 - Wilson v Audio Visual Services Group, LLC

50 record(s) total

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|------|-------------|---------------|------------|-------------|-------------|--------------|-------------------|--------|-----------|---------|
| 1 | CMPS | Complaint and Summons | Complaint | Wilson, Natalie - PLT | 02-NOV-2020 | 15:03:49 | Wilson, Natalie ((@4705358) | N | N | N | 12 |
| | | EFile Document upload of type Complaint and Summons | | | | | | | | | |
| 2 | CMPS | Complaint and Summons | Summons | Wilson, Natalie - PLT | 02-NOV-2020 | 15:03:49 | Wilson, Natalie ((@4705358) | N | N | N | 2 |
| | | EFile Document upload of type Complaint and Summons | | | | | | | | | |
| 3 | CMPS | Complaint and Summons | Demand for Jury Trial | Wilson, Natalie - PLT | 02-NOV-2020 | 15:03:49 | Wilson, Natalie ((@4705358) | N | N | N | 1 |
| | | EFile Document upload of type Complaint and Summons | | | | | | | | | |
| 4 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT | 02-NOV-2020 | 15:03:49 | | N | N | N | 2 |
| 5 | PYD | Payment Due to Court | | Bridgers, Rodney - ATY | 02-NOV-2020 | 15:12:23 | | N | N | N | 2 |
| 6 | NEF | Notice of Electronic Filing | | Bridgers, Rodney - ATY | 02-NOV-2020 | 15:12:23 | | N | N | N | 1 |
| 7 | PY | Payment | | Bridgers, Rodney - ATY | 02-NOV-2020 | 15:13:01 | | N | N | N | 1 |
| | | Payment by Credit Card-Civil in the amount of $515.00 by Bridgers, Rodney. | | | | | | | | | |
| 8 | NCAS | New Case Assignment | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 02-NOV-2020 | 17:58:23 | FILED BY COURT, COURT (CFPCOURT) | N | N | N | |
| | | CASE ASSIGNED TO THE 4TH DIVISION, HONORABLE JOHN M TONAKI, JUDGE PRESIDING | | | | | | | | | |
| 9 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - | 02-NOV-2020 | 17:58:23 | | N | N | N | 1 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|------|-------------|---------------|------------|-------------|-------------|--------------|-------------------|--------|-----------|---------|
| | | | | DFT First Circuit Court 4th Division - OTH | | | | | | | |
| 10 | SUMM | Summons | SUMMONS | Wilson, Natalie - PLT | 02-NOV-2020 | 17:59:21 | FILED BY COURT, COURT (CFPCOURT) | N | N | N | 2 |
| 11 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT | 02-NOV-2020 | 17:59:21 | | N | N | N | 1 |
| 12 | RAS | Service-Return/Acknowledgement | Return and Acknowledgement of Service | Wilson, Natalie - PLT | 04-NOV-2020 | 12:36:58 | Wilson, Natalie ((@4705358) | N | N | N | 2 |
| | | EFile Document upload of type Service-Return/Acknowledgement | | | | | | | | | |
| 13 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT | 04-NOV-2020 | 12:36:58 | | N | N | N | 1 |
| 14 | NREMV | Notice of Removal | DEFENDANT AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV S NOTICE OF FILING OF NOTICE OF REMOVAL | Audio Visual Services Group, LLC dba PSAV - DFT | 03-DEC-2020 | 12:47:03 | Cole, Christopher J. (A5781) | N | N | N | 112 |
| | | EFile Document upload of type Notice of Removal | | | | | | | | | |
| 15 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT | 03-DEC-2020 | 12:47:03 | | N | N | N | 1 |
| 16 | LT | Letter | LETTER TO MS. SUE BEITIA, CHIEF CLERK, OFFICE OF THE CLERK, USDC DATED 12/4/2020 FROM PATSY K NAKAMOTO. LEGAL DOCUMENTS COURT ADMINISTRATOR | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 04-DEC-2020 | 13:23:06 | | N | N | N | 5 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|------|-------------|---------------|------------|-------------|-------------|--------------|-------------------|--------|-----------|---------|
| 17 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 04-DEC-2020 | 13:23:06 | | N | N | N | 2 |
| 18 | LT | Letter | LETTER TO CLERK DATED 6/15/21 FROM MICHELLE RYNNE, CLERK, UNITED STATES DISTRICT COURT | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 18-JUN-2021 | 12:45:10 | Converted, Other (AOT) | N | N | N | 2 |
| | | | | LETTER TO CLERK DATED 6/15/21 FROM MICHELLE RYNNE, CLERK, UNITED STATES DISTRICT COURT | | | | | | | |
| 19 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 18-JUN-2021 | 12:45:10 | | N | N | N | 1 |
| 20 | OT | Other | COPY OF CIVIL DOCKET; PLTF'S MOTION TO REMAND; FINDINGS AND RECOMMENDATION TO GRANT PLTF'S MOTION TO REMAND; ORDER | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 18-JUN-2021 | 13:03:26 | Converted, Other (AOT) | N | N | N | 39 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|------|-------------|---------------|-----------|-------------|-------------|--------------|-------------------|--------|-----------|---------|
| | | | ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLTF'S MOTION TO REMAND; LETTER TO CLERK DATED 6/15/21 FROM MICHELLE RYNNE | | | | | | | | |
| | | | COPY OF CIVIL DOCKET; PLTF'S MOTION TO REMAND; FINDINGS AND RECOMMENDATION TO GRANT PLTF'S MOTION TO REMAND; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLTF'S MOTION TO REMAND; LETTER TO CLERK DATED 6/15/21 FROM MICHELLE RYNNE | | | | | | | | |
| 21 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 18-JUN-2021 | 13:03:26 | | N | N | N | 1 |
| 22 | MOT | Motion for | DEFENDANTS AUDIO VISUAL SERVICES GROUP, LLC, DBA PSAV AND RUSSELL HOAG S MOTION TO ADMIT COUNSEL PRO HAC VICE; DECLARATION OF CHRISTOPHER J. COLE; EXHIBIT A; NOTICE OF HEARING; CERTIFICATE OF SERVICE | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 19-JUL-2021 | 12:21:17 | Cole, Christopher J. (A5781) | N | N | N | 9 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|------|-------------|---------------|------------|-------------|-------------|--------------|-------------------|--------|-----------|---------|
| | | | | EFile Document upload of type Motion for | | | | | | | |
| 23 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 19-JUL-2021 | 12:21:17 | | N | N | N | 1 |
| 24 | ORD | Order | ORDER SETTING MOTION FOR VIDEO CONFERENCE HEARING; ZOOM HEARING INSTRUCTIONS (8/12/2021 AT 9:00 AM) | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 19-JUL-2021 | 13:13:31 | First Circuit Court 4th Division (D1C04) | N | N | N | 6 |
| | | | ORDER SETTING MOTION FOR VIDEO CONFERENCE HEARING; ZOOM HEARING INSTRUCTIONS (8/12/2021 AT 9:00 AM) | | | | | | | | |
| 25 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 19-JUL-2021 | 13:13:31 | | N | N | N | 2 |
| 26 | *MIN H | Minutes | | All Case Parties | 12-AUG-2021 | 09:00:00 | | N | N | N | |

DEFENDANTS AUDIO VISUAL SERVICES GROUP, LLC, DBA PSAV AND RUSSELL HOAG'S MOTION TO ADMIT COUNSEL PRO HAC VICE - GRT

BY ZOOM
PRESENT:  CHRISTOPHER COLE (BY VIDEO), ATTY FOR DEFTS AUDIO VISUAL SERVICES, LLC
         DBA PSAV and RUSSELL HOAG; DAVID SHANKMAN (BY VIDEO), ATTY APPEARING
         PRO HAC VICE FOR DEFTS
8:55-8:56 AM
  CASE CALLED & APPEARANCE ENTERED BY ATTY COLE.  ATTY COLE INDICATED THAT HE HAS HAD NO COMMUNICATION FROM OPPOSING COUNSEL.  THE CT NOTED THAT OPPOSING COUNSEL HAS NOT SUBMITTED ANYTHING.
  THE CT RECESSED TO ALLOW PRO HAC VICE COUNSEL TO APPEAR AS IT IS NOT 9 AM YET.  ATTY COLE TO GIVE ATTY SHANKMAN A CALL.
***
8:58-9:05 AM
  CASE RECALLED & APPEARANCES REENTERED.  THE CT NOTED THAT PLTF'S HAVE NOT FILED AN OPPOSITION & ASSUMES PLTF'S DO NOT OPPOSE MOTION & TAKE NO POSITION.
  THE CT QUESTIONED ATTY SHANKMAN REGARDING HIS DECLARATION WITH RESPECT TO HIS SUSPENSION.  UNDER THE RULES FOR PRO HAC VICE COUNSEL, THE CT WILL NEED MATERIAL INFORMATION STATING SUBSTANCE OF DISCLIPINARY ACTION.
  ATTY SHANKMAN STATED DISCLOSURE OF DISCLIPINARY ACTION & REQUESTED THE CT TO ALLOW HIM TO SEND THE CT THE OPINION & SUPPLEMENTAL FILING.
  THE CT TOOK MATTER UNDER ADVISEMENT.  IF THE CT FINDS THE NEED TO CONDUCT FURTHER DISCUSSIONS, THE CT TO CONTACT THE ATTYS FOR A FURTHER HEARING.

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| \*\*\* <br> \*\*\* RULING ON:  DEFENDANTS AUDIO VISUAL SERVICES GROUP, LLC, DBA PSAV AND RUSSELL HOAG'S MOTION TO ADMIT COUNSEL PRO HAC VICE \*\*\* <br><br> 8/17/2021: MINUTE ORDER/THE COURT GRANTED THE MOTION TO ADMIT MR. SHANKMAN AS PRO HAC VICE. ATTY CHRISTOPHER COLE TO PREPARE & SUBMIT ORDER.  THE CT WILL EMAIL THE STANDARD RULES OF ADMISSION FOR PRO HAC VICE TO ATTY CHRISTOPHER COLE. <br> PARTIES NOTIFIED VIA JEFS. | | | | | | | | | | | |
| 27 | DEC | Declaration | DECLARATION OF CHRISTOPHER J. COLE; EXHIBIT "A" | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 16-AUG-2021 | 12:54:15 | Cole, Christopher J. (A5781) | N | N | N | 10 |
| EFile Document upload of type Declaration | | | | | | | | | | | |
| 28 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 16-AUG-2021 | 12:54:15 | | N | N | N | 1 |
| 29 | MORD | Minute Order | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 17-AUG-2021 | 08:25:10 | First Circuit Court 4th Division (D1C04) | N | N | N | |
| \*\*\* RULING ON:  DEFENDANTS AUDIO VISUAL SERVICES GROUP, LLC, DBA PSAV AND RUSSELL HOAG'S MOTION TO ADMIT COUNSEL PRO HAC VICE \*\*\* <br><br> 8/17/2021: MINUTE ORDER/THE COURT GRANTED THE MOTION TO ADMIT MR. SHANKMAN AS PRO HAC VICE. ATTY CHRISTOPHER COLE TO PREPARE & SUBMIT ORDER.  THE CT WILL EMAIL THE STANDARD RULES OF ADMISSION FOR PRO HAC VICE TO ATTY CHRISTOPHER COLE. <br> PARTIES NOTIFIED VIA JEFS. | | | | | | | | | | | |
| 30 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 17-AUG-2021 | 08:25:10 | | N | N | N | 1 |
| 31 | PDOC | Proposed Document | [PROPOSED] ORDER GRANTING DEFENDANTS | Audio Visual Services Group, LLC dba PSAV - | 24-AUG-2021 | 16:00:13 | Cole, Christopher J. (A5781) | N | N | N | 4 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|------|-------------|---------------|------------|-------------|-------------|--------------|-------------------|--------|-----------|---------|
| | | | AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV AND RUSSELL HOAG S MOTION TO ADMIT COUNSEL PRO HAC VICE | DFT Hoag, Russell - DFT | | | | | | | |
| | | | | | | | | | | | |
| 32 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 24-AUG-2021 | 16:00:13 | | N | N | N | 1 |
| 33 | ORDG | Order Granted | ORDER GRANTING DEFENDANTS AUDIO VISUAL SERVICES, GROUP, LLC DBA PSAV AND RUSSELL HOAG S MOTION TO ADMIT COUNSEL PRO HAC VICE | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 25-AUG-2021 | 10:42:32 | Cole, Christopher J. (A5781) | N | N | N | 3 |
| 34 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 25-AUG-2021 | 10:42:32 | | N | N | N | 2 |
| 35 | MD | Motion to Dismiss | DEFENDANT AUDIO VISUAL SERVICES GROUP, LLC S MOTION TO DISMISS COUNT III | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 26-AUG-2021 | 14:32:00 | Cole, Christopher J. (A5781) | N | N | N | 10 |

EFile Document upload of type Proposed Document

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|------|-------------|---------------|------------|-------------|-------------|--------------|-------------------|--------|-----------|---------|
| | | | OF PLAINTIFFS COMPLAINT [D.E. 1-4] AND TO DISMISS DEFENDANT RUSSELL HOAG | | | | | | | | |
| |  | EFile Document upload of type Motion to Dismiss | | | | | | | | | |
| 36 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 26-AUG-2021 | 14:32:00 | | N | N | N | 1 |
| 37 | ORD | Order | ORDER SETTING MOTION FOR VIDEO CONFERENCE HEARING; ZOOM HEARING INSTRUCTIONS (9/16/2021 AT 9:00 AM) | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 27-AUG-2021 | 07:27:42 | First Circuit Court 4th Division (D1C04) | N | N | N | 7 |
| |  | ORDER SETTING MOTION FOR VIDEO CONFERENCE HEARING; ZOOM HEARING INSTRUCTIONS (9/16/2021 AT 9:00 AM) | | | | | | | | | |
| 38 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 27-AUG-2021 | 07:27:42 | | N | N | N | 2 |
| 39 | MEO | Memorandum in Opposition | Memorandum in Opposition | Wilson, Natalie - PLT | 08-SEP-2021 | 15:46:39 | Wilson, Natalie (@4705358) | N | N | N | 7 |
| |  | EFile Document upload of type Memorandum in Opposition | | | | | | | | | |
| 40 | CS | Certificate of Service | Certificate of Service | Wilson, Natalie - PLT | 08-SEP-2021 | 15:46:39 | Wilson, Natalie (@4705358) | N | N | N | 2 |
| |  | EFile Document upload of type Certificate of Service | | | | | | | | | |
| 41 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT | 08-SEP-2021 | 15:46:39 | | N | N | N | 1 |
| 42 | REPLY | Reply | DEFENDANTS | Audio Visual | 13-SEP-2021 | 09:22:42 | Cole, Christopher | N | N | N | 4 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | REPLY TO PLAINTIFFS MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS COUNT III OF PLAINTIFFS COMPLAINT AND TO DISMISS DEFENDANT RUSSELL HOAG | Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | | | J. (A5781) | | | | |
| | | | | | | EFile Document upload of type Reply | | | | | |
| 43 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 13-SEP-2021 | 09:22:42 | | N | N | N | 1 |
| 44 | *MINH | Minutes | | Bridgers, Rodney - ATY Cole, Christopher J. - ATY | 16-SEP-2021 | 09:00:00 | | N | N | N | |

***Defendant Audio Visual Services Group, LLC's Motion to Dismiss Count III of Plaintiff's Complaint (D.E. 1-4) and to Dismiss Defendant Russell Hoag***

9/16/21

Courtroom 5B / FTR / Zoom Video Conference

9:00-9:32a

Present
- Rodney Bridgers for Plaintiff
- Christopher Cole, David Shankman and Allison Wallrapp-McMullan for Defendants

Case called w/ appearances of counsel.
Arguments heard by Mr. Shankman, Mr. Bridgers and Mr. Cole.
With reasons given, Court grants in part and denies in part the motion. The motion is granted as to the dismissal of Count III of Plaintiff's Complaint and denied as to the dismissal of Defendant Russell Hoag.
Defendants to prepare the order.
***

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | PORD | Proposed Order | [PROPOSED] ORDER GRANTING DEFENDANT AUDIO VISUAL SERVICES GROUP, | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - | 06-OCT-2021 | 12:15:49 | Cole, Christopher J. (A5781) | N | N | N | 4 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LLC S MOTION TO DISMISS COUNT III OF PLAINTIFF S COMPLAINT [D.E. 1-4] AND TO DISMISS DEFENDANT RUSSELL HOAG FILED AUGUST 26, 2021 [DKT 35] | DFT | | | | | | | |
| | | | EFile Document upload of type Proposed Order | | | | | | | | |
| 46 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 06-OCT-2021 | 12:15:49 | | N | N | N | 1 |
| 47 | ORD G | Order Granted | ORDER GRANTING DEFENDANT AUDIO VISUAL SERVICES GROUP, LLC'S MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT [D.E. 1-4] AND TO DISMISS DEFENDANT RUSSELL HOAG FILED AUGUST 26, 2021 [DKT 35] | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 14-OCT-2021 | 15:38:23 | Cole, Christopher J. (A5781) | N | N | N | 3 |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | NEF | Notice of Electronic Filing | | Wilson, Natalie - PLT Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT First Circuit Court 4th Division - OTH | 14-OCT-2021 | 15:38:23 | | N | N | N | 2 |
| 49 | NRE MV | Notice of Removal | DEFENDANTS AUDIO VISUAL SERVICES GROUP, LLC AND RUSSELL HOAG S NOTICE OF REMOVED ACTION | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 02-NOV-2021 | 14:34:03 | Cole, Christopher J. (A5781) | N | N | N | 42 |
| | EFile Document upload of type Notice of Removal | | | | | | | | | | |
| 50 | NEF | Notice of Electronic Filing | | Audio Visual Services Group, LLC dba PSAV - DFT Hoag, Russell - DFT | 02-NOV-2021 | 14:34:03 | | N | N | N | 1 |

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| NATALIE WILSON, | ) | 1CCV-20-0001485 |
| | ) | |
| Plaintiff, | ) | CIRCUIT COURT CLERK'S |
| | ) | CERTIFICATE REGARDING JUDICIARY |
| vs. | ) | INFORMATION MANAGEMENT SYSTEM |
| | ) | (JIMS) |
| AUDIO VISUAL SERVICES GROUP, | ) | |
| LLC DBA PSAV; et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CIRCUIT COURT CLERK'S CERTIFICATE REGARDING JUDICIARY INFORMATION SYSTEM (JIMS)

I, N. Miyata, Clerk of the Circuit Court of the First Circuit, State of Hawaii, do hereby certify the entire First Circuit Court official court record as preserved electronically and accessible through the Judiciary Information Management systems (JIMS) for NATALIE WILSON vs AUDIO VISUAL SERVICES GROUP, LLC DBA PSAV; et al., are full, true and correct images of originals, as filed and entered of record in the above-entitled matter.

IN WITNESS WHEREOF, I have hereunto set my hand and Seal of this court this 30th day of December 2021.

_____/s/ N. MIYATA_____
N. MIYATA, Clerk
Circuit Court, First Circuit
State of Hawaii